# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>**NORANDA ALUMINUM, INC.**, *et al.*,<br><br>Debtors. | **Case No. 16-10083-399**<br><br>**Chapter 11**<br><br>**Jointly Administered**<br><br>**Hearing Date & Time:**<br>March 8, 2016 at 2:00 p.m.<br>(prevailing Central Time)<br><br>**Hearing Location:**<br>St. Louis Courtroom 5 North |

## NOTICE OF
## DEBTORS' APPLICATION
## FOR AN ORDER PURSUANT TO
## SECTIONS 327 AND 330 OF THE BANKRUPTCY
## CODE AND BANKRUPTCY RULES 2014 AND 2016
## AUTHORIZING THE RETENTION AND EMPLOYMENT
## OF PAUL, WEISS, RIFKIND,WHARTON & GARRISON LLP
## <u>AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION</u>

PLEASE TAKE NOTICE that this application is scheduled for hearing on **March 8, 2016 at 2:00 p.m. (prevailing Central Time)**, before the Honorable Barry S. Schermer in Bankruptcy Courtroom 5 North, in the Thomas F. Eagleton U.S. Courthouse, 111 South Tenth Street, St. Louis, Missouri 63102.

**WARNING**: **Any response or objection to this application must be filed with this court by March 1, 2016. A copy shall be promptly served upon the undersigned. Failure to file a timely response may result in the Court granting the relief requested prior to the hearing date.**

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated:   February 17, 2016
       St. Louis, Missouri

Respectfully submitted,

CARMODY MACDONALD P.C.


/s/ Christopher J. Lawhorn
Christopher J. Lawhorn, #45713MO
Angela L. Drumm, #57678MO
Colin M. Luoma, #65000MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
Telephone:  (314) 854-8600
Facsimile: (314) 854-8660
cjl@carmodymacdonald.com
ald@carmodymacdonald.com
cml@carmodymacdonald.com

*Proposed Local Counsel to the Debtors and
Debtors in Possession*

- and -

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Alan W. Kornberg
Elizabeth R. McColm
Alexander Woolverton
Michael M. Turkel
1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
akornberg@paulweiss.com
emccolm@paulweiss.com
awoolverton@paulweiss.com
mturkel@paulweiss.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

|  |  |
|---|---|
| **In re:**<br><br>**NORANDA ALUMINUM, INC.**, *et al.*,<br><br>          Debtors. | **Case No. 16-10083-399**<br><br>**Chapter 11**<br><br>**Jointly Administered**<br><br>**Hearing Date & Time:**<br>March 8, 2016 at 2:00 p.m.<br>(prevailing Central Time)<br><br>**Hearing Location:**<br>St. Louis Courtroom 5 North |

### DEBTORS' APPLICATION FOR AN ORDER PURSUANT TO SECTIONS 327 AND 330 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2014 AND 2016 AUTHORIZING THE RETENTION AND EMPLOYMENT OF PAUL, WEISS, RIFKIND,WHARTON & GARRISON LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION

Noranda Aluminum, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (each a "<u>Debtor</u>" and, collectively, the "<u>Debtors</u>"), hereby move this Court for entry of an order (the "<u>Proposed Order</u>")[1], pursuant to sections 327 and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "<u>Bankruptcy Code</u>"), rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and rules 2014 and 2016-1 of the Local Rules for the United States Bankruptcy Court for the Eastern District of Missouri (the "<u>Local Rules</u>"), authorizing the retention and employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("<u>Paul, Weiss</u>" or the "<u>Firm</u>") as attorneys to the Debtors in these chapter 11 cases.  In support of this application (the "<u>Application</u>"), the Debtors rely upon the

---

[1]    A copy of the Proposed Order will be provided to the Notice Parties (as defined below) and made available on the Debtors' Case Information Website at *https://cases.primeclerk.com/noranda*.

Declaration of Alan W. Kornberg (the "Kornberg Declaration"), attached hereto as Exhibit A, and respectfully represent as follows:

## Jurisdiction

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory and legal predicates for the relief requested are sections 327(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014 and 2016-1.

## Background

3.      On February 8, 2016 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code thereby commencing the instant cases (the "Chapter 11 Cases").  The Debtors continue to manage and operate their businesses as debtors-in-possession under sections 1107 and 1108 of the Bankruptcy Code.

4.      No trustee, examiner or official committee has been appointed in the Chapter 11 Cases.

5.      Information regarding the Debtors' businesses, their capital and debt structure, and the events leading to the filing of the Chapter 11 Cases is contained in the Declaration of Dale W. Boyles in Support of First Day Motions, filed contemporaneously herewith (the "First Day Declaration").[2]

---

[2]     The First Day Declaration was filed on the Petition Date and is incorporated herein by reference.  Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the First Day Declaration.

## Relief Requested

6.    By this Application, the Debtors seek authority to employ and retain Paul, Weiss as their bankruptcy attorneys with regard to the filing and prosecution of their Chapter 11 Cases.

## Paul, Weiss' Qualifications

7.    The Debtors seek to retain Paul, Weiss as their attorneys because of the Firm's extensive experience and knowledge in the field of debtors' and creditors' rights and chapter 11 of the Bankruptcy Code.  The Debtors believe that Paul, Weiss' expertise, experience and knowledge will be efficient and cost-effective for the Debtors' estates.  Moreover, Paul, Weiss has, prior to the Petition Date, assisted with the preparation of the Chapter 11 Cases. Thus, Paul, Weiss is already familiar with the Debtors' businesses and affairs and with many of the legal issues that may arise during these Chapter 11 Cases.  Accordingly, the Debtors believe that Paul, Weiss is both well-qualified and uniquely able to represent them as bankruptcy counsel in these Chapter 11 Cases in an efficient and timely manner.

## Services to be Provided

8.    The professional services that Paul, Weiss will render to the Debtors include, but shall not be limited to, the following:

    (a)    providing legal advice with respect to the Debtors' powers and duties as debtors-in-possession in the continued operation of their business and management of their properties;

    (b)    attending meetings and negotiating with representatives of creditors and other parties in interest and advising and consulting on the conduct of these Chapter 11 Cases, including the legal and administrative requirements of operating in chapter 11;

3

(c)     taking necessary action to protect and preserve the Debtors' estates, including the prosecution of actions commenced under the Bankruptcy Code on their behalf, and objections to claims filed against the estates;

(d)     preparing and prosecuting on behalf of the Debtors motions, applications, answers, orders, reports and papers necessary to the administration of the estates;

(e)     advising and assisting the Debtors with respect to restructuring alternatives, including preparing and pursuing confirmation of a chapter 11 plan, including preparing and seeking approval of a disclosure statement;

(f)     appearing in Court and protecting the interests of the Debtors before the Court; and

(g)     performing all other legal services for the Debtors which may be necessary and proper in these cases.

### Payment of Fees and Expenses

9.      The professional services of Paul, Weiss are necessary to ensure that all matters related to the Debtors' Chapter 11 Cases are handled in a diligent and expeditious manner.  Paul, Weiss will seek Court approval of its compensation and reimbursement of its actual, necessary expenses and other charges incurred by the Firm, consistent with its engagement agreement with the Debtors dated January 4, 2016, upon the filing of appropriate applications for interim and final compensation and reimbursement pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any orders of this Court. The current standard hourly rates for Paul, Weiss' attorneys and paralegals are as follows:

a.  Partners              $995 to $1,330

b.  Associates            $540 to $900

c.  Legal Assistants      $95 to $315

d.  Staff Attorneys       $425 to $440

In the normal course of its business, Paul, Weiss revises its hourly rates annually.

10.    The principal attorneys designated to represent the Debtors, along with their levels of experience and current standard hourly rates, are:

| Alan W. Kornberg (Partner) | 38 years of experience | $1,330 per hour |
| Elizabeth R. McColm (Partner) | 17 years of experience | $1,150 per hour |
| Alexander Woolverton (Associate) | 4 years of experience | $805 per hour |
| Michael M. Turkel (Associate) | 1 year of experience | $620 per hour |

Other Paul, Weiss lawyers will be consulted and may appear on behalf of the Debtors in these Chapter 11 Cases as necessary.  None of the professionals included in this engagement vary their rate based on the geographic location of the Chapter 11 Cases.

11.    The hourly rates set forth above are the Firm's standard hourly rates. These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  The Firm has not agreed to any variations from, or alternatives to, its standard billing arrangements for this engagement.

12.    In addition, it is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses approved by the client such as secretarial and other overtime. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with

5

charges made generally to the Firm's other clients.  The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

13.     By separate applications, the Debtors have asked or will ask the Court to approve the retention of (a) Carmody MacDonald P.C. ("Carmody MacDonald") as local bankruptcy counsel; (b) Alvarez & Marsal as financial advisor and consultants for the Debtors; (c) PJT Partners LP ("PJT Partners") as investment bankers for the Debtors; (d) Ernst & Young ("E&Y") as auditors and tax advisors for the Debtors; (e) and Prime Clerk LLC (together with Paul, Weiss, Carmody MacDonald, Alvarez & Marsal, PJT Partners, and E&Y, the "Professionals") as claims and noticing agent and administrative advisor to the Debtors.  Paul, Weiss will work closely with the Professionals, taking whatever steps are necessary and appropriate, to avoid any unnecessary duplication of effort with the Professionals.

14.     Paul, Weiss was retained by the Debtors and began working on this matter on or about September 15, 2015.  Paul, Weiss received a retainer from the Debtors in the amount of $75,000 on October 2, 2015 and additional retainers of $500,000.00 on December 21, 2015 and $500,000.00 on January 29, 2016.  Including amounts drawn from these retainers, the Firm received payments made within the ninety (90) days immediately preceding the Petition Date totaling approximately $3,429,962.41 in connection with Paul, Weiss' general representation of the Debtors prior to these Chapter 11 Cases and in connection with the preparation thereof.

15.     Other than as set forth herein, Paul, Weiss has not received any payments from the Debtors during the ninety (90) days immediately preceding the Petition Date.

16.     Paul, Weiss has advised the Debtors that it intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of charges,

6

costs and expenses incurred in these Chapter 11 Cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any orders of this Court.

### Bankruptcy Rule 2014 Disclosure

17.     To the best of the Debtors' knowledge, and except as disclosed herein and in the Kornberg Declaration, Paul, Weiss has not represented the Debtors' creditors, or any other parties-in-interest, or their respective attorneys, in any matter relating to the Debtors or their estates.  Based upon its review of interested parties in these Chapter 11 Cases, Paul, Weiss is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code.

18.     For the above reasons, the Debtors submit that Paul, Weiss' employment is necessary and in the best interests of the Debtors and their estates.

### Notice

19.     The Debtors will serve this Application on (a) the Core Parties and (b) any Non-ECF Parties (as those terms are defined in the Case Management Order) (collectively, the "Notice Parties").  All parties who have requested electronic notice of filings in these cases through the Court's ECF system will automatically receive notice of this Application through the ECF system no later than the day after its filing with the Court.  A copy of this Application and any order approving it will also be made available on the Debtors' case information website (located at *https://cases.primeclerk.com/noranda*).  A copy of the Proposed Order will be made available on the Debtors' Case Information Website.  The Proposed Order may be modified or withdrawn at any time without further notice.  If any significant modifications are made to the Proposed Order, an amended Proposed Order will be made available on the Debtors' Case

7

Information Website, and no further notice will be provided.  In light of the relief requested, the Debtors submit that no further notice is necessary.

WHEREFORE, the Debtors respectfully request the entry of the Proposed Order granting the relief requested herein and such other and further relief as is just and proper.

Dated:   February 17, 2016          /s/ Dale W. Boyles____
         St. Louis, Missouri        Dale W. Boyles
                                     Chief Financial Officer,
                                     Noranda Aluminum, Inc.

## <u>CERTIFICATE OF SERVICE</u>

Consistent with the Case Management Order, the Debtors will serve notice of this Application on all of the Interested Parties as well as all parties who have requested notice. All parties who have requested electronic notice of filings in these cases though the Court's ECF system will automatically receive notice of this Application through the ECF system. All other parties will be served this Application via electronic mail or First Class U.S. Mail. A copy of this Application and order approving it will also be made available on the Debtors' Case Information Website (located at *https://cases.primeclerk.com/noranda*).

/s/ Christopher J. Lawhorn

**<u>Exhibit A</u>**

Declaration of Alan W. Kornberg

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

|  |  |
|---|---|
| **In re:**<br><br>**NORANDA ALUMINUM, INC.,** *et al.*,<br><br>Debtors. | **Case No. 16-10083-399**<br><br>**Chapter 11**<br><br>**Jointly Administered**<br><br>**Hearing Date & Time:**<br>March 8, 2016 at 2:00 p.m.<br>(prevailing Central Time)<br><br>**Hearing Location:**<br>St. Louis Courtroom 5 North |

**DECLARATION OF ALAN W. KORNBERG
IN SUPPORT OF DEBTORS' APPLICATION FOR
AN ORDER PURSUANT TO SECTIONS 327 AND 330 OF
THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2014
AND 2016 AUTHORIZING THE RETENTION AND EMPLOYMENT
OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS
<u>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION</u>**

I, ALAN W. KORNBERG, declare the following:

       1.      I am a partner in the firm of Paul, Weiss, Rifkind, Wharton & Garrison

LLP ("<u>Paul, Weiss</u>" or the "<u>Firm</u>"), located at 1285 Avenue of the Americas, New York, NY

10019, and am duly admitted to practice law in the State of New York.  This Declaration is

submitted in support of the *Debtors' Application for an Order Pursuant to Sections 327 and 330*

*of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 Authorizing the Retention and*

*Employment Of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and*

*Debtors-In-Possession*.

       2.      To confirm that Paul, Weiss did not have a prior representation that

precluded its representation of the Debtors[1] with respect to the matters upon which it is being employed, I caused Paul, Weiss attorneys under my supervision to conduct a review of potential connections and relationships between Paul, Weiss and the following categories of parties (as provided to Paul, Weiss by the Debtors, and as set forth in Schedule 1 hereto) (the "Potential Parties in Interest"):

a.      the Debtors, non-Debtor affiliates and subsidiaries;

b.      the agent under the Debtors' ABL Agreement and the agent under the Debtors' Term Loan Agreement;

c.      the indenture trustee for the Debtors' outstanding bond issuance;

d.      bankruptcy judges in the Eastern District of Missouri;

e.      the Debtors' bankruptcy professionals;

f.      the Debtors' lenders;

g.      the Debtors' bondholders;

h.      the banks at which the Debtors maintain depository, concentration, disbursement, operating or related accounts;

i.      the Debtors' significant customers;

j.      the Debtors' current and former directors and officers;

k.      permit issuers and regulators relevant to the Debtors;

l.      the Debtors' relevant taxing authorities;

m.      the Debtors' insurance providers;

n.      landlords for the Debtors' properties;

o.      the Debtors' counterparties in ongoing material litigation;

p.      the Debtors' ordinary course professionals;

---

[1]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

q.     the Debtors' non-lender secured parties;

r.     the Debtors' significant competitors;

s.     the significant shareholders of the Debtors' outstanding common stock;

t.     the Debtors' 30 largest unsecured creditors (other than debtholders) as of January 31, 2016;

u.     members of the U.S. Trustee's office for region 13;

v.     all unions which represent the Debtors' Employees;

w.     the Debtors' utility service providers; and

x.     the Debtors' key vendors.

Based upon a review of the foregoing information, Paul, Weiss, and the partners, counsel and associates of Paul, Weiss, presently represent, may have represented in the past, and may represent in the future, entities (or affiliates of entities) that are claimants of and/or interest holders in the Debtors, and/or are parties in interest in these cases, in matters unrelated to these Chapter 11 Cases.

3.     Paul, Weiss currently represents, or has represented since January 1, 2013, the parties, or affiliates of the parties, who may be interested parties, in matters wholly unrelated to these Chapter 11 Cases attached hereto as <u>Schedule 2</u>.  Of the parties listed on <u>Schedule 2</u>, only the following parties are entities or affiliates of entities that represented more than one percent of Paul, Weiss' fee receipts for the 12-month period ending on January 31, 2016: (a) Citibank, N.A., and (b) JPMorgan Chase Bank, N.A.

4.     Based on its review to date, Paul, Weiss has determined that it does not represent any party in these cases with a material adverse interest to the Debtors.  Carmody MacDonald, P.C. ("<u>Carmody MacDonald</u>") will represent the Debtors in dealing with the parties

3

to the extent any such material adverse interest arises.  In addition, Paul, Weiss will supplement this Declaration as necessary with additional information or disclosures in the event that additional information is developed concerning potential adverse interests come to light.

5.       To the best of my knowledge and insofar as I have been able to ascertain, except as set forth herein, neither Paul, Weiss nor any of its partners, counsel or associates has any connection with the Debtors' creditors, any party in interest, or their respective attorneys or accountants, the Office of the United States Trustee for region 13, or any person employed in the Office of the United States Trustee for region 13, except to the extent that any such partner, counsel or associate (i) may have appeared in the past and may appear in the future in cases where one or more of such parties may be involved; and (ii) may have represented or may represent one or more of such parties in interest in matters unrelated to these Chapter 11 Cases.

6.       By separate applications, the Debtors have asked or will ask the Court to approve the retention of (a) Carmody MacDonald as local bankruptcy counsel; (b) Alvarez & Marsal as financial advisor and consultants for the Debtors; (c) PJT Partners Inc. ("PJT Partners") as investment bankers for the Debtors; (d) Ernst & Young ("E&Y") as auditors and tax advisors for the Debtors; (e) and Prime Clerk (together with Paul, Weiss, Carmody MacDonald, Alvarez & Marsal, PJT Partners, and E&Y, the "Professionals") as claims and noticing agent and administrative advisor to the Debtors.  Paul, Weiss will work closely with the Professionals, taking whatever steps are necessary and appropriate to avoid any unnecessary duplication of effort with the Professionals.

7.       In light of the extensive number of the Debtors' creditors and parties in interest and because definitive lists of all such creditors and other parties have not yet been obtained, neither I nor the Firm are able to conclusively identify all potential relationships at this

4

time, and we will supplement this disclosure as additional relationships come to our attention. To the extent that I become aware of any additional relationships that may be relevant to Paul, Weiss' representation of the Debtors, I will promptly file a supplemental declaration.

8.      Based upon my review of all of Paul, Weiss' connections in these Chapter 11 Cases, I submit that Paul, Weiss is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that the Firm, its partners, counsel and associates:

    a.    are not creditors, equity security holders or insiders of the Debtors;

    b.    are not and were not investment bankers for any outstanding security of the Debtors;

    c.    have not been, within three (3) years before the Petition Date, (i) investment bankers for a security of the Debtors; or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors; and

    d.    are not and were not, within two (2) years before the Petition Date, a director, officer or employee of the Debtors or of any investment banker as specified in subparagraph (b) or (c) of this paragraph.

9.      Except as set forth above, to the best of my knowledge and insofar as I have been able to ascertain, neither Paul, Weiss nor any of its partners, counsel or associates holds or represents any interest adverse to the Debtors or their estates in the matters upon which it is to be engaged.

10.      Paul, Weiss was retained by the Debtors for this engagement and began working on this matter on or about September 15, 2015.  Paul, Weiss received a retainer from the Debtors in the amount of $75,000 on October 2, 2015 and additional retainers of $500,000.00 on December 21, 2015 and $500,000.00 on January 29, 2016.

11.      Within the ninety (90) days immediately preceding the Petition Date, Paul,

Weiss received the following amounts from the Debtors in connection with their representation
of the Debtors:

| Date Received | Amount of Payment |
|---|---|
| February 7, 2016 | $686,138.79 |
| January 29, 2016 | $1,116,923.67 |
| January 26, 2016 | $1,193,085.45 |
| December 22, 2015 | $386,618.96 |
| November 12, 2015 | $47,195.54 |
| TOTAL | $3,429,962.41 |

These amounts include amounts drawn from the retainers described above.  Other than as set
forth herein, Paul, Weiss has not received any payments from the Debtors during the ninety (90)
days immediately preceding the Petition Date.

12.     The professional services of Paul, Weiss are necessary to ensure that all
matters related to the Debtors' Chapter 11 Cases are handled in a diligent and expeditious
manner.  Paul, Weiss will seek Court approval of its compensation and reimbursement of its
actual, necessary expenses and other charges incurred by the Firm, consistent with its
engagement agreement with the Debtors dated January 4, 2016 upon the filing of appropriate
applications for interim and final compensation and reimbursement pursuant to sections 330 and
331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any orders of this Court.
The current standard hourly rates for Paul, Weiss' attorneys and paralegals are as follows:

      a.     Partners     $995 to $1,130

      b.     Associates     $540 to $900

      c.     Legal Assistants     $95 to $315

      d.     Staff Attorneys     $425 to $440

In the normal course of its business, Paul, Weiss revises its hourly rates annually.

13.     The principal attorneys designated to represent the Debtors, along with

6

their levels of experience and current standard hourly rates, are:

| Alan W. Kornberg (Partner) | 38 years of experience | $1,330 per hour |
| Elizabeth R. McColm (Partner) | 17 years of experience | $1,150 per hour |
| Alexander Woolverton (Associate) | 4 years of experience | $805 per hour |
| Michael M. Turkel (Associate) | 1 year of experience | $620 per hour |

Other Paul, Weiss lawyers will be consulted and may appear on behalf of the Debtors in these

Chapter 11 Cases, as necessary.  None of the professionals included in this engagement vary

their rate based on the geographic location of these Chapter 11 Cases.

        14.      The hourly rates set forth above are the Firm's standard hourly rates.

These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys

and paralegals and to cover fixed and routine overhead expenses.  The Firm has not agreed to

any variations from, or alternatives to, its standard billing arrangements for this engagement.

        15.      In addition, it is the Firm's policy to charge its clients in all areas of

practice for all other expenses incurred in connection with the client's case.  The expenses

charged to clients include, among other things, telephone and telecopier toll and other charges,

mail and express mail charges, special or hand delivery charges, document processing,

photocopying charges, charges for mailing supplies (including, without limitation, envelopes and

labels) provided by the Firm to outside copying services for use in mass mailings, travel

expenses, expenses for "working meals," computerized research, transcription costs, as well as

non-ordinary overhead expenses approved by the client such as secretarial and other overtime.

The Firm will charge the Debtors for these expenses in a manner and at rates consistent with

charges made generally to the Firm's other clients.  The Firm believes that it is fairer to charge

these expenses to the clients incurring them than to increase the hourly rates and spread the

expenses among all clients.

16.     The Debtors have requested authorization to retain Carmody MacDonald as their local bankruptcy counsel in these Chapter 11 Cases by application filed contemporaneously herewith.  Paul, Weiss will work closely with all the Professionals that may be retained by the Debtors, taking whatever steps are necessary and appropriate to avoid any unnecessary duplication of effort with such other professionals.

17.     No agreement or understanding in any form or guise exists between Paul, Weiss and any other person for a division of compensation for services rendered in or in connection with these Chapter 11 Cases, and no such division of compensation prohibited by section 504 of the Bankruptcy Code will be made, except among members of Paul, Weiss.  Paul, Weiss has not shared or agreed to share any compensation received in these Chapter 11 Cases with any entity other than its partners, counsel and associates.

**<u>Attorney Statement Regarding U.S. Trustee Guidelines</u>**

The following is provided in response to the request for additional information set forth in Paragraph D.1. of U.S. Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013:

**Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response: No.

**Question:** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response: No.

**Question:** If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates

8

and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Response: Prior to October 1, 2015 Paul, Weiss' rates for timekeepers for its prepetition engagement on this matter were $940 to $1,275 for partners, $900 to $925 for counsel, $510 to 855 for associates and $90 to $295 for paraprofessionals. As agreed with the Debtors, and in accordance with Paul, Weiss' practice of adjusting its rates on an annual basis, after October 1, 2015, Paul, Weiss' prepetition rates for partners engaged on this matter increased to $995 to $1,330. Paul, Weiss' billing rates have not changed postpetition or on January 1, 2016.

**Question:** Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

Response: Paul, Weiss has delivered a prospective budget and staffing plan for the period from the Petition Date through April 30, 2016 to the Debtors and will continue to work with the Debtors on the budget and staffing plan.


WHEREFORE, the declarant respectfully requests the entry of the annexed order and for such

other and further relief as is just and proper.

Dated: February 17, 2016

/s/ Alan W. Kornberg
Alan W. Kornberg

9

**<u>Schedule 1</u>**

## LIST OF POTENTIAL PARTIES IN INTEREST

**(A) DEBTORS, NON-DEBTOR AFFILIATES, AND SUBSIDIARIES**

NHB Capital, LLC

Noranda Bauxite Holdings Ltd.

Noranda Bauxite Ltd.

Gramercy Alumina Holdings II, Inc.

Gramercy Alumina Holdings Inc.

Noranda Alumina LLC

Noranda Aluminum Acquisition Corporation

Noranda Aluminum Holding Corporation

Noranda Aluminum, Inc.

Noranda Intermediate Holding Corporation

Norandal USA, Inc.

Noranda Jamaica Bauxite Partners

**(B) ADMINISTRATIVE AGENTS**

Bank of America, N.A.

Cortland Capital Market Services LLC

**(C) INDENTURE TRUSTEE**

U.S. Bank National Association

**(D) BANKRUPTCY JUDGES**

Chief Judge Kathy Surratt-States

Judge Barry S. Schermer

Judge Charles E Rendlen, III

**(E) BANKRUPTCY PROFESSIONALS**

Alvarez & Marsal North America, LLC

Paul, Weiss, Rifkind, Wharton & Garrison LLP

PJT Partners

Prime Clerk

**(F) LENDERS**

3i Debt Management US LLC

Aegon USA Investment Management LLC

Allianz Global Investors US LLC

Atrium XI

Bank of America

Bank of America, N.A.

Barclays

Bentham Wholesale Syndicated

BlueMountain Capital Management, LLC

Boston Management and Research

Carlson Capital LP

Carlyle Investment Management LLC

Centerbridge Group

Citibank

Citibank, N.A.

Columbia Management Investment Advisers LLC

Credit Suisse

Credit Suisse

Credit Suisse AG

Credit Suisse Alternative Capital LLC

Eaton Vance Management Inc.

Foothill Capital Corporation

Fraser Sullivan Investment Management LLC

GoldenTree Asset Management, LP

Goldman Sachs Group, Inc. (The)

Guggenheim Investment Management, LLC

Guggenheim Partners Asset Management, LLC

Guggenheim Partners Investment

Guggenheim Partners Investment Management LLC

H.I.G. Whitehorse Capital LLC

Hotchkis & Wiley Capital Management

JP Morgan

Madison Park Funding IV

Madison Park Funding VIII

Madison Park Funding XV

MJX Asset Management, LLC

Napier Park Global Capital LP

Nomura Corporate Research and Asset Management Inc.

Siemens

Silvermine Capital Management LLC

Sound Harbor Partners

Strategic Value Partners, LLC

Surela Investments Ltd. (Sherwin Alumina)

UBS

US Bank

Wells Fargo

Whitehorse Capital Partners LP

### (G) BONDHOLDERS

Brownstone Investment Group, LLC

Concise Capital, LLC

Credit Suisse Asset Management, LLC (U.S.)

Euroclear Bank

Fidelity International Limited - FIL Investment Services (U.K.), Ltd.

Fore Research & Management, L.P.

Garland Business Corp

Hotchkis and Wiley Capital Management, LLC

J.P. Morgan Investment Management, Inc.

Morgan Stanley Wealth Management

NNIP Advisors B.V.

Nomura Corporate Research and Asset Management, Inc. (U.S.)

Stocks and Securities, Ltd.

Third Avenue Management, LLC

Tocqueville Asset Management, L.P.

UBS Securities, LLC

### (H) BANKS

Bank of America

M & T Bank

JP Morgan Chase

Fifth Third Bank

Bank of Nova Scotia

National Commercial Bank

### (I) SIGNIFICANT CUSTOMERS

3M Company

A. J. Oster West, Inc.

AAF-McQuay Inc.

AAON Coil Products, Inc.

ABB Inc.

AKG North American Operations

Alcoa

All Foils Inc.

AMS

ARG International AG

Ascend Custom Extrusions, LLC

Autoneum North America, Inc.

Avery Dennison Corporation

Bard Manufacturing

Berry Plastics Corp.

Bohn de Mexico, S.A. de C.V.

Brady Corporation

2

Brazeway Inc.

BRT Extrusions, Inc.

C & H Die Casting

Cadillac Products Packaging Company

Carrier Air Conditioning

Carrier Mexico S.A. de C.V.

CBC Metals Processing

Central Moloney, Inc.

Century Aluminum Company

Century Aluminum of Sebree LLC

Chief Industries

Claridge Products & Equip Inc.

Claridge Products & Equipment

Coating Excellence International

Coilmaster Corporation

Colmac Coil Manufacturing Inc.

Comet Metals Co.

Conductores Monterrey, S.A. de C.V.

Constellium

Cooper Industries/RTE

Crown Extrusions, Inc.

Custom Aluminum Products, Inc.

Custom Grinders

Custom Laminating Corporation

D & W Fine Pack

Daikin Applied

Dee Zee, Inc.

Des Champs Laboratories

DRS-Marlo Coil

Durable, Inc.

Electric Research & Manufacturing Co.

Electromanufacturas, S. de R.L. de C.V.

Elixir Extrusions, LLC

Elringklinger USA, Inc.

Encore Wire Corporation

Evapco, Midwest

FCA US

Flexcon Industrial, LLC

Gateway Extrusions, Ltd.

General Cable Corporation

General Cable de Mexico, S.A. de C.V.

General Motors Components Hold

GEO Specialty Chemicals

Gibbs Die Casting Corporation

Glencore Ltd.

Glitterex Corporation

H & W Wire Corp.

Handi-Foil

Howard Industries

Hydro Aluminum

Hydro Aluminum North America

Ideal Tape Co., Inc.

Intertape Polymer Group

J M Huber Corporation

J. Aron & Co.

James Hardie Building Products

JBC Technologies

Kemira Water Solutions, Inc.

KY Assoc. of Electric Coop.

Lasalle Bristol Corporation

Lennox Industries, Inc.

Leroy Somer North America

Liebert Corporation

Lite Gauge Metals

Luvata Heatcraft

Lydall Thermal/Acoustical

3

Lynch Metals

Marley Electric Heating Co.

Marubeni America Corp./Detroit

Medalco Metals, Inc.

Metal Exchange Corp.

Mitsubishi International Corporation

Modine Manufacturing Co.

Nehring Electrical Works Co

New Age Industrial Corp Inc.

Nordyne Inc.

Peerless of America, Inc.

Penn Aluminum International LLC

Penny Plate Inc.

Ply Gem

Porocel Industries, LLC

Power Partners, Inc.

PQ Corporation

Printpack, Inc.

Prolec GE International

Prometco

Prysmian Cables and Systems USA LLC

REA Magnet Wire Co. Inc.

Research Products Corp.

Revere Packaging

Rheem Manufacturing Company

RPS Products

Samuel

Scepter Resources

Shurtape Technologies, Inc.

Siemens Energy, Inc.

Siplast Incorporated

Smart USA

Snap-Lok, Inc.

Southeastern Tool & Die

Southern Ionics

Southwest Electric Company

Sun Process Converting, Inc.

Super Radiator Coils

Superior Essex

Superior Essex Communications

Superior Essex International LP

Superior Extrusion, Inc.

Swarco

Temtrol

The Okonite Company

The Trident Company

Three D Metals, Inc.

Thyssenkrupp Materials NA

Tower Extrusions

Trafigura Trading LLC

Trane Air Conditioning

Trinidad Benham Corp

UOP, LLC

US Alco

Ventrol Air Handling Systems Inc.

W. R. Grace & Co.

Western Extrusion Corporation

Western Plastics Inc.

## (J) DIRECTORS & OFFICERS

Alan H. Schumacher

Antoine Liddell

Carl J. Rickertsen

Carol R. Clifton

Dale W. Boyles

Donald J. Suray

Elliot G. Sagor

Gail E. Lehman

Greg L. North

John Habisreitinger

Julio C. Diniz Costa

Layle K. Smith

Michael J. Griffin

Mike Fox

Nina A. Corey

Pansy Johnson

Pasquale "Pat" Fiore

Patrice Niedbalski

Richard B. Evans, Chairman

Ronald S. Rolfe

Scott M. Croft

Stephen Robuck

Thomas R. Miklich

Todd D. Barrett

William H. Brooks

### (K) PERMIT ISSUERS AND REGULATORS RELEVANT TO THE DEBTORS

Government of Jamaica

### (L) RELEVANT TAXING AUTHORITIES

Alabama Department of Labor

Alabama Department of Revenue

Arizona Dept. of Revenue

Arkansas Department of Finance and Administration

Arkansas Department of Workforce Services

California State Board of Equalization

Carroll County Trustee

Collector of Taxes, Jamaica

Corporation Income Tax, State of Arkansas

Delaware Division of Revenue

Department of Finance & Administration, State of Arkansas

Department of the Treasury

Florida Department of Economic Opportunity

Florida Department of Revenue

Georgia Department of Revenue

Illinois Department of Employment Security

Illinois Department of Revenue

Indiana Dept. of Revenue

Inland Department of Revenue of St. Lucia

Internal Revenue Service Headquarters Building

Iowa Dept. of Revenue

Jackson County, Dianne Burgess Collector

Kansas Dept. of Revenue

Kentucky Department of Revenue

Louisiana Department of Revenue

Massachusetts Dept. of Revenue

Missouri Department of Revenue

Missouri Department of Labor

N.C. Department of Revenue

Nebraska Dept. of Revenue

New Jersey Department of Labor and Workforce Development

New Jersey Division of Taxation

New Madrid County Collector - Dewayne Nowlin

New York State Dept. of Taxation and Finance

North Carolina Department of Revenue

5

NYS Corporation Tax

Pennsylvania Department of Revenue

Pennsylvania Dept. of Labor and Industry

Rowan County Tax Collector

South Carolina Department of Revenue

St. James Parish Property Taxes

St. John Parish Property Taxes

State of Louisiana Unemployment Office

State of New Jersey

State of New Mexico

State of Tennessee

State of Tennessee Unemployment Office

State of Texas Unemployment Office

Tax Administration Jamaica, King Street Revenue Centre

Tennessee Department of Revenue

Texas Comptroller of Public Accounts

Texas Department of Revenue

Town of Huntingdon

Washington Department of Revenue

Washington Employment Security Department

Williamson County, TN

Wisconsin Department of Revenue

### (M) INSURANCE PROVIDERS

ACE American Insurance Company

ACE Bermuda Insurance

ACE Property & Casualty Insurance Company

ACE Property & Casualty Insurance Company

AIG Europe Limited

American Guarantee & Liability Ins.

American International Reinsurance Co.

Aspen Insurance- United Kingdom

Axis Insurance Company

Berkley Insurance Co.

Commerce and Industry Insurance Company

Endurance Risk Solutions ASS

Factory Mutual Insurance Co.

Freedom Specialty Insurance Co.

Hanseatic Insurance Co.

Illinois National Insurance Co.

Insurance Co. of State of PA

Liberty Mutual Fire Ins. Co.

Liberty Surplus Ins. Corp.

Lloyds of London

National Union Fire Insurance Co. of Pittsburgh, PA

Navigators Insurance Company

New Hampshire Insurance Company

North American Specialty Insurance Company

Ohio Casualty Insurance Co

Scor UK Company

Starr Indemnity & Liability Company

Steadfast Insurance Company

Swiss Re International

Twin City Fire Insurance Co.

Xl Insurance America, Inc.

Zurich

### (N) LANDLORDS

Five Corporate Centre Acquisition Company

Max Trans

SH Bell Company

### (O) LITIGATION COUNTERPARTIES

Asbestos Corporation, Limited

Cape Fox Corporation

Caterpillar, Inc.

CBS Corporation, f/k/a Viacom, Inc., merger to CBS Corporation, f/k/a Westinghouse Electric Corp.

Certain-Teed Corporation

Continental Teves, Inc.

Crown, Cork and Seal Company, Inc.

CSR, Ltd., a/k/a Consolidated Sugar and Refining

Donjon Marine Co. Inc.

General Electric Company

General Gasket Corporation

Georgia-Pacific, LLC

Goodison Mining Limited

Government of Jamaica

Grinnell, LLC

Honeywell International, Inc.

J.P. Bushnell Packing Supply Co.

John Crane, Inc.

Kaiser Jamaica Bauxite Company

Louisiana Department of Environmental Quality (LDEQ)

Metropolitan Life Insurance Company

Navar, Inc.

Pnuemo Abex Corporation

Rachel Carlton

Riley Power, Inc. f/k/a Riley Stoker Corporation

The Dow Chemical Company

The J.R. Clarkson Company, successor to The Knuckle Valve Company and successor to J.E. Lonergan Company

Union Carbide Corporation

## (P) ORDINARY COURSE PROFESSIONALS

Burris, Thompson & Associates

Cambridge Advisory Group, Inc.

Cole Schotz, P.C.

Crowe Horwath LLP

Davis Polk

Fay, Nelson & Fay, LLC

FDH Consulting, LLC

FDH Resources, LLC

Frost Brown Todd, LLC

Greystone Capital Partners

Henry W. Fayne

Jackson Lewis LLP

Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, LLP

Lattimore, Black, Morgan, & Cain, PC

Matthews & Zahara, P.C.

McHaney & Associates, Inc.

Morgan, Lewis & Bockius, LLP

O'Melveny & Myers LLP

Osburn, Hine, Yates & Murphy, LLC

PerformPlus Consulting, LLC

Polsinelli PC

Porter Hedges LLP

Robinson & Lawing, LLP

Saiber LLC

Sedgwick Law

Semler Brossy Consulting Group, LLC

Steven Plotkin

Thompson Hine, LLC

Towers Watson Delaware, Inc.

Vaco, LLC

7

Wachtell, Lipton, Rosen & Katz

Windrow Phillips Group

## (Q) NON-LENDER SECURED PARTIES

A & B Transport, Inc.

AEP River Operations LLC

American River Transportation

Ameridrivers International

Anytime Hotshot & Delivery

AOA Services, Inc.

Artco

Averitt Express, Inc.

AWC, Inc.

Boland Marine & Manufacturing Company

Buchheit Trucking Service, Inc.

CDW Direct, LLC

Celtic Marine Corporation

CN

Con-Way

CRH Transportation

CSX Transportation

Cummings-Moore Graphite Co.

Dayton Freight Lines Inc.

DHL Express

Direct Freight Corporation

DMI Contractors, Inc.

DNOW L.P. (Wilson Mill, Tool)

Eagle Ship Supply, Inc.

Em-Cal Inc.

Estes Express Lines

Faith Global Transportation, LLC

Farmers Oil Corp.

Federal Express

Four Star Fabricators Inc.

FTI Logistics

GE Canada

General Electric Canada

Geodis Wilson USA, Inc.

Gulf Inland Marine Services, Inc.

Hapag Lloyd (America) Inc.

Hot Shot Freight

Hull Trucking

Ingram Barge Company

K.S. & D., Inc.

Kansas City Southern Railway

Livingston International

LME, Inc.

Lock City Trucking, Inc.

Lufkin Southeastern Gear Repair

M & S Specialized LLC

Marisol International LLC

Max Trans L.L.C.

Mid-Ship Group LLC

Mid-Ship Logistics Group

Motion Industries, Inc.

Neo Industries Inc. (05)

Nola Logistics Services, LLC

Nova Hydraulics

Oakley Trucking, Inc.

Old Dominion Freight Line

Paincourtville Motor Service, Inc.

Penzel Construction Company

Ports America, Inc.

Primetals Technologies USA,LLC

Quality Carriers, Inc.

R&L Carriers, Inc.

Radiatronics NDT, Inc.

Remedial Construction Services L.P.

Ryder Capital, S.A. de C.V.

Saia Motor Freight Line, Inc.

Satterfields

Scepter, Inc.

Schwerman Trucking Co.

Scott Financial Services, LLC

SH Bell Company

Shultz Steel Company

SNT Trucking & Warehousing

Southeastern Freight Lines

St Jude Harbor New Madrid Harbor Serv.

St. James Stevedoring Partners, LLC

St. John Fleeting, LLC

St. Jude & New Madrid Harbor Service, Inc.

Superior Carriers, Inc.

TBS Logistics Mo

Tennessee Aluminum Processors, Inc.

The CIT Group/Capital Finance, Inc.

Transwood Logistics, Inc.

Union Pacific Railway

United Parcel Service

United Power Services

USF Holland

Xtek, Inc.

Youngstown Hard Chrome

YRC

Ziegler

## (R) SIGNIFICANT COMPETITORS

Alcoa

Aleris

Alexin LLC

Alpha Aluminum Products Inc.

Century Aluminum

Glencore

JW Aluminum

Matalco

Norsk Hydro

Novelis

Rio Tinto Alcan

Sherwin

Southwire

Sural

## (S) SIGNIFICANT SHAREHOLDERS

Hotchkis & Wiley Capital Management

Royce and Associates Inc.

## (T) 30 LARGEST UNSECURED CREDITORS

American River Transportation

Aramark

Artisan Contracting, LLC

Associated Terminals, LLC

Boh Brothers Construction Co., L.L.C.

Carmeuse Lime Sales Corporation

DMI Contractors, Inc.

Donjon Marine Co. Inc.

EIU, Inc.

Goodison Mining Limited

HDR Inc.

Koppers Industries, Inc.

Kostmayer Construction, LLC

Max Trans L.L.C.

Mechatherm

Mexichem Fluor Comercial, S.A. de C.V.

Mid-Ship Group LLC

Motion Industries, Inc.

Nalco Company

Nissan Lift Trucks

Occidental Chemical Corporation

Petrocoque S.A.

Progressive Roofing

Rain CII Carbon, L.L.C.

Remedial Construction Services L.P.

Sherwin Alumina Co., LLC

Steward Steel

U.S. Bank National Association

University and Allied Workers Union

Vecta Environmental Services, LLC

## (U) U.S. TRUSTEE

Barbara J. Dorsey

Cynthia E. Moore

Karen R. Wilson-Smith

Kathy Lickenbrock

Leonora S. Long

Margaret E. Slaughter

Martha M. Dahm

Paul Randolph

Sandra Herling

## (V) UNIONS

Bustamante Industrial Workers Union (BITU)

International Association of Machinists & Aerospace Workers

Union of Technical, Administrative and Supervisory Personnel (UTASP)

United Steelworkers of America

University and Allied Workers Union (UAWU)

## (W) UTILITY PROVIDERS

Air-Nu of Baton Rouge, L.L.C.

Alcoa Primary Metals

Allied Waste Services

Amerenue

Associated Electric Cooperative

AT&T

Atmos Energy Marketing, LLC

Austin Fire Systems LLC

Big River Telephone Co. LDD, Inc.

Carroll County Electric Dept.

Centerpoint Energy

Charter Communications Holding Co.

Chemical Waste Management Inc.

Cintas Fire Protection

City of Salisbury

Comcast

Continuum Retail Energy Services, LLC

Cox Communications Louisiana, LLC

Diaz Water Department

Downums Disposal Service

Duke Energy

Enable Gas Transmission, LLC

Entergy Services, Inc.

Lemons Landfill Corporation

Level 3 Communications, LLC

Liberty Utilities

Pemiscot-Dunklin Electric Cooperative

Piedmont Natural Gas Co.

Republic Services

Republic Waste Services of North Carolina, LLC

St. Jude Industrial Park Board

St. John the Baptist Parish Utilities

Texican Horizon Energy Marketing LLC

Town of Huntingdon

Twin Eagle Resource Management, LLC

Union Electric Company

Verizon Wireless

Waste Management of TN-Jackson

West TN Public Utilities Dist.

## (X) KEY VENDORS

3M

A. Karchmer & Sons, LLC

A.W. Chesterton Company

Air Products & Chemicals, Inc.

Alcoa Primary Metals

Alcoa, Inc. North America Primary Division

Aluminpro, Inc.

Aluminum Rheinfelden GmbH

Aluminum Rheinfelden GmbH

American Chemical Technologies

American Iron & Metal

American River Transportation

AMG Aluminum North America, LLC

AOA Services, Inc.

Aramark

ARG International

Artisan Contracting, LLC

Associated Electric Cooperative

Associated Terminals, LLC

AT&T Mobility

Austin Fire Systems LLC

Autoneum

Avkem International LLC

Bank of America- HSA

Bawtry Carbon International Limited

Belisle Machine and Tool

Bigbites Limited

Bluequest Resources Overseas Ltd.

Boh Brothers Construction

Brubaker Associates, Inc.

Bryan Cave LLP

Buss AG

Calumet Lubricants Company

Calumet Penreco

Cape Electrical Supply Co.

Caraustar Ind., Inc.

Carlton-Bates Company

Carmeuse Lime Sales Corporation

Carrier Corporation

Carroll County Electric Dept.

CCMA, LLC

Centerpoint Energy

CMC Recycling

CMC-Cometals

Continuus Spa

Cornerstone Chemical Company

Crowe Horwath LLP

Cytec Industries, Inc.

Dark Horse Rail Service

Deep South Crane & Rigging, LLC

Dewayne Nowlin

DMI Contractors, Inc.

DNOW L.P. (Wilson PVF)

Duke Energy

Ecovery, LLC

Electroless Nickel Plating

Electroless Nickel Plating of LA

Entergy

ERB Industrial Equipment

Fleetwood-Signode

Four Star Fabricators Inc.

Frost Brown Todd, LLC

GE Canada

General Cable de Mexico

General Electric Canada

Gexpro

GHD Engineering Group Inc.

Glencore Commodities

Glencore, Ltd.

Gregory Construction

GSM Sales Formerly Globe

GT Commodities

Gulf Inland Marine Services, Inc.

Harbison Walker Refractories

HDR Inc.

Henry A. Petter Supply Co.

Hertwich Engineering GmbH

Hoesch Metallurgie GmbH

Houghton International, Inc. (D.A. Stuart Company)

Hunter Equipment Co., Inc.

Huntington Plating Inc.

Ideal Chemical & Supply Co.

Imrie-Gielow Inc.

Industrial Chemicals Inc.

Intelex

J. Aron & Company

J.R. Hoe & Sons, Inc.

JBM Inc.

Jiaozuo Fluochem Industry Co. Ltd

K.S. & D., Inc.

Kansas City Southern Railway

KBM Affilips B.V.

Koppers Industries, Inc.

Kostmayer Construction, LLC

KT Grant, Inc.

Leeds Specialty Alloys, LLC

Legacy Equipment

Lemons Landfill Corporation

Liberty Utilities

Linde, Inc.

Lindsay Hamling

Louisiana Department of Revenue Sales

Lynn Whitsett Corporation

M & S Specialized LLC

Madison Electric Service Inc.

Manpower

Mars Machine and Repair Services

Max Trans L.L.C.

Mechatherm International Ltd.

Merichem Chemicals & Refinery Services

Metal Exchange Corporation

Metalloid Corporation

Metaullics Systems / Pyrotek

Mexichem Fluor Comercial, S.A. de C.V.

MFA Oil Company

MH Equipment

Mid-Ship Group LLC

Motion Industries, Inc.

Neuenhauser Maschinenbau GmbH

New Age Industrial Corp. Inc.

Nissan Lift Trucks

Noble Americas Corp.

Noble Resources

Nola Logistics Services, LLC

Oakley Trucking, Inc.

Occidental Chemical Corporation

Onedo Nalco Company - Dallas

Oxbow Calcining LLC

Paincourtville Motor Service, Inc.

Parman Energy Corporation

Pemiscot-Dunklin Electric Cooperative

Penzel Construction Company

Petrocoque S.A.

Phelps Dodge International

Pipe Link of Australia

Primetals Technologies USA, LLC

Pyrotek, Inc.  (02)

Pyrotek,Inc./Neco Division  (04)

Quality Machine Manufacturing, Inc.

R.J. Tricon Co., LLC

Rain CII Carbon, L.L.C.

Red Stick Armature Works, Inc.

Reintjes Services, Inc.

Remedial Construction Services L.P.

Resource Tek, LLC

Rheinfelden Alloys

Rheinfelden Alloys GmbH and Co. KG

Riotinto Alcan Inc.

River Parish Contractors, Inc.

RTW Refractory Inc.

Ruetgers Canada Inc.

RWH Myers

Ryder Capital

S & W Pallet Company

Safety-Kleen Systems Inc.

Scepter, Inc.

Service Aluminum Corporation

SGL Carbon GmbH

SH Bell Company

Shultz Steel Company

Siemens Industry, Inc.

Simcoa Operations Pty. Ltd.

Sims Metal Management

Southwest Electric Co.

St. Jude Harbor New Madrid Harbor Serv.

St. Jude Industrial Park Board

Steven Plotkin

Steward Steel

TDC, LLC

Tennessee Aluminum Processors, Inc.

Tennessee Valley Recycling, LLC

Texican Horizon Energy Marketing LLC

The Reynolds Company

Trafigura Trading LLC

Transwood Logistics, Inc.

Turner Specialty Services, LLC

Twin Eagle Resource Management, LLC

U.S. Maritime Services Inc.

Vaco, LLC

Valicor Separation Technologies, LLC

Valley West Welding Co. Inc.

Vecta Environmental Services, LLC

Watson Standard Adhesives

Web Converting, Inc.

Whelan Security Co.

Worley Parsons HE                                    Ziegler

Xtek, Inc.

**<u>Schedule 2</u>**

**POTENTIAL PARTIES IN INTEREST OR AFFILIATES OF
ENTITIES REPRESENTED BY PAUL, WEISS IN UNRELATED
MATTERS SINCE JANUARY 1, 2013**

| Potential Parties In Interest | Relationship to the Debtors |
|---|---|
| 3i Debt Management US LLC | Term Loan Lender |
| Aegon USA Investment Management LLC | Term Loan Lender |
| AIG | Insurer |
| Alcoa | Significant Competitor<br>Significant Customer |
| Alcoa Primary Metals | Utility Provider<br>Key Vendor |
| Aleris | Significant Competitor |
| Alvarez & Marsal North America LLC | Bankruptcy Professional for the Debtors |
| AMG Aluminum North America LLC | Key Vendor |
| Aon | Ordinary Course Professional |
| AT&T | Utility Provider<br>Key Vendor |
| Bank of America, N.A. | Administrative Agent under ABL and<br>Term Loan Agreement<br>ABL Lender<br>Term Loan Lender<br>Bank |
| Bank of Nova Scotia | Bank |
| Barclays | ABL Lender |
| BlueMountain Capital Management LLC | Term Loan Lender |
| Boston Management and Research | Term Loan Lender |
| Bryan Cave LLP | Key Vendor |
| California State Board of Equalization | Taxing Authority |
| Carlson Capital LP | Term Loan Lender |
| Carlyle Investment Management LLC | Term Loan Lender |
| CBS Corporation | Litigation Counterparty |
| Centerbridge Group | Term Loan Lender |

| **Potential Parties In Interest** | **Relationship to the Debtors** |
|---|---|
| Charter Communications Holding Co. | Utility Provider |
| Chemical Waste Management Inc. | Utility Provider |
| Cintas Fire Protection | Utility Provider |
| Citibank N.A. | ABL Lender<br>Term Loan Lender |
| Comcast | Utility Provider |
| Commerce and Industry Insurance Company | Insurer |
| Credit Suisse AG | ABL Lender<br>Term Loan Lender<br>Bondholder |
| Delaware Division of Revenue | Taxing Authority |
| Department of the Treasury | Taxing Authority |
| Duke Energy | Utility Provider<br>Key Vendor |
| Eaton Vance Management Inc. | Term Loan Lender |
| Fifth Third Bank | Bank |
| FTI Logistics | Secured Party |
| General Electric Company | Litigation Counterparty<br>Secured Party<br>Key Vendor |
| Georgia-Pacific LLC | Litigation Counterparty |
| GoldenTree Asset Management LP | Term Loan Lender |
| Goldman Sachs Group Inc. | Term Loan Lender |
| Grinnell LLC | Litigation Counterparty |
| Guggenheim Partners | Term Loan Lender |
| Illinois National Insurance Co. | Insurer |
| Insurance Company of State of PA | Insurer |
| JP Morgan Chase | Bank<br>ABL Lender<br>Bondholder |
| JW Aluminum | Significant Competitor |

| **Potential Parties In Interest** | **Relationship to the Debtors** |
|---|---|
| Liberty Mutual Fire Insurance Company | Insurer |
| M&T Bank | Bank |
| Metropolitan Life Insurance Company | Litigation Counterparty |
| Morgan Stanley Wealth Management | Bondholder |
| Napier Park Global Capital LP | Term Loan Lender |
| Noble Americas Corp. | Key Vendor |
| Noble Resources | Key Vendor |
| Nomura Corporate Research and Asset Management | Term Loan Lender Bondholder |
| North American Specialty Insurance Company | Insurer |
| Occidental Chemical Corporation | Top 30 Unsecured Creditor Key Vendor |
| Oxbow Calcining LLC | Key Vendor |
| Pennsylvania Department of Revenue | Taxing Authority |
| PJT Partners | Bankruptcy Professional for the Debtors |
| Pneumo Abex Corporation | Litigation Counterparty |
| Richard B. Evans Chairman | Current Director |
| Rio Tinto Alcan | Significant Competitor |
| Safety-Kleen Systems Inc. | Key Vendor |
| Siemens | ABL Lender Significant Customer Key Vendor |
| Silvermine Capital Management | Term Loan Lender |
| Starr Indemnity & Liability Company | Insurer |
| State of New Mexico | Taxing Authority |
| Strategic Value Partners | Term Loan Lender |
| Swiss Re International | Insurer |
| The CIT Group/Capital Finance Inc. | Secured Party |
| The Dow Chemical Company | Litigation Counterparty |
| The Reynolds Company | Key Vendor |

| **Potential Parties In Interest** | **Relationship to the Debtors** |
|---|---|
| Third Avenue Management LLC | Bondholder |
| Trafigura Trading LLC | Significant Customer<br>Key Vendor |
| U.S. Bank National Association | Indenture Trustee of Unsecured Notes |
| UBS | Bondholder<br>ABL Lender |
| Union Carbide Corporation | Litigation Counterparty |
| Verizon Wireless | Utility Provider |
| Viacom Inc. | Litigation Counterparty |
| Waste Management of TN-Jackson | Utility Provider |
| Wells Fargo | ABL Lender |
| XL Insurance America Inc. | Insurer |
| Zurich | Insurer |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **NORANDA ALUMINUM, INC., et al.,** | **Case No. 16-10083 399** |
| Debtors. | **(Jointly Administered)** |

**DECLARATION OF GAIL LEHMAN IN
SUPPORT OF DEBTORS' APPLICATION FOR AN
ORDER PURSUANT TO SECTIONS 327 AND 330 OF
THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2014
AND 2016 AUTHORIZING THE RETENTION AND EMPLOYMENT
OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS
ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

I, Gail Lehman of Noranda Aluminum, Inc., in support of the application of Noranda Aluminum, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") to employ Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss" or the "Firm") as counsel in compliance with 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), declares as follows:

1.      I am the Chief Administrative Officer, General Counsel and Corporate Secretary of the Debtors.

2.      I submit this declaration (the "Declaration") in connection with the application (the "Application"),[1] dated February 17, 2016, of the Debtors for approval of the Debtors' retention of Paul, Weiss as their attorneys in the above-captioned chapter 11 cases. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

---

[1]    Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Application.

## <u>The Debtors' Selection of Paul, Weiss</u>

3.      It is my strong belief that it is critical to select restructuring advisors with the utmost care, to maximize the likelihood of a successful restructuring, while at the same time focusing on costs to ensure that the Debtors' limited resources are being appropriately utilized.

4.      I, as General Counsel, along with several other members of the Debtors' senior management, am responsible for retaining and supervising outside counsel.  I am familiar with the markets for professionals both in and out of bankruptcy. The review process that the Debtors used assessed potential counsel based on their expertise in representing chapter 11 debtors and companies that restructure out of court.

5.      Based on my experience, I was aware of Paul, Weiss' preeminent restructuring practice and its work as lead counsel to numerous chapter 11 debtors and distressed companies that successfully restructured in and out of court, and particularly in connection with several significant coal company restructurings.

6.      On September 11, 2015 and September 14, 2015, I and certain of my other colleagues interviewed Alan W. Kornberg of Paul, Weiss in connection with contemplated restructuring matters.  Following those interviews and several subsequent conversations and e-mail exchanges with Mr. Kornberg, I recommended that the Debtors retain Paul, Weiss as restructuring counsel.

7.      In preparation for their chapter 11 cases, the Debtors considered four other law firms and chose Paul, Weiss for the role of lead restructuring counsel for, among other reasons, Paul Weiss' substantial experience representing debtors in chapter 11 cases.

8.      Since September of 2015, Paul, Weiss has advised the Debtors on various restructuring issues, including both in-court and out-of-court strategies.  During that time, Paul,

2

Weiss has become intimately familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these chapter 11 cases. I believe, for this reason, as well as because of Paul, Weiss' extensive experience in corporate reorganizations, that Paul, Weiss is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### Rate Structure and Cost Supervision

9.      In connection with the filing of these chapter 11 cases, the Debtors and Paul, Weiss have agreed upon rates in accordance with Paul, Weiss' customary rates. Furthermore, Paul, Weiss has informed the Debtors that its billing rates and material terms for the engagement are comparable to (i) the rates that Paul, Weiss charges for non-bankruptcy representations and the material terms for such non-bankruptcy engagements and (ii) the billing rates and terms of other comparably skilled counsel.

10.      The Debtors understand that it is their responsibility to track their professionals' billing practices to be sure that the fees and expenses the estates pay are fair and reasonable, and the Debtors will review the fee statements of Paul, Weiss and of all of the Debtors' other professionals to ensure that continues to be the case.

11.      Paul, Weiss has shared with me a prospective budget and staffing plan for the period from February 8, 2016 through April 31, 2016. I continue to review and work with Paul, Weiss on the budget and staffing plan. I also understand that, in the course of large chapter 11 cases such as these, it is likely that there will be unforeseen issues that the Debtors and Paul, Weiss will need to address.

12.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

Dated:  February _17_, 2016

_____

Gail E. Lehman
Chief Administrative Officer
General Counsel and
Corp. Secretary

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

|  |  |
|---|---|
| **In re:**<br><br>**NORANDA ALUMINUM, INC.,** *et al.*,<br><br>                    Debtors. | **Case No. 16-10083-399**<br><br>**Chapter 11**<br><br>**Jointly Administered**<br><br>**Hearing Date & Time**:<br>March 8, 2016 at 2:00 p.m.<br>(prevailing Central Time)<br><br>**Hearing Location**:<br>St. Louis Courtroom 5 North |

**STATEMENT UNDER RULE 2016**
**OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE AND SECTION 329 OF THE BANKRUPTCY CODE**

1. Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 329 of chapter 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), states that the undersigned is counsel for the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases").

2. Compensation agreed to be paid by the Debtors to Paul, Weiss will be for legal services rendered in connection with these Chapter 11 Cases.  The Debtors have agreed to pay Paul, Weiss for legal services rendered or to be rendered by its various attorneys and paralegals in connection with these Chapter 11 Cases on the Debtors' behalf.  The Debtors also agreed to reimburse Paul, Weiss for its actual and necessary expenses incurred in connection with these Chapter 11 Cases.

3.      Paul, Weiss was retained by the Debtors for this engagement and began working on this matter on or about September 15, 2015.  Paul, Weiss received a retainer from the Debtors in the amount of $75,000 on October 2, 2015 and additional retainers of $500,000.00 on December 21, 2015 and $500,000.00 on January 29, 2016.  Including amounts drawn from these retainers, the Firm received payments made within the ninety (90) days immediately preceding the Petition Date totaling approximately $3,429,962.41 in connection with Paul, Weiss' general representation of the Debtors prior to these Chapter 11 Cases and in connection with the preparation thereof.

4.      Other than as set forth herein, Paul, Weiss has not received any payments from the Debtors during the ninety (90) days immediately preceding the Petition Date.

5.      Paul, Weiss will seek approval of payment of compensation upon Paul, Weiss' filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and any applicable orders of this Court.

6.      The entire filing fee in these Chapter 11 Cases has been paid.

7.      The services to be rendered include all those services set forth in *Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors-In-Possession* (the "Application").

8.      Paul, Weiss further states that it has not shared, nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel and associates of Paul, Weiss; or (b) any compensation another person or party has received or may receive.

Dated: February 17, 2016
      New York, NY

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Alan W. Kornberg
Alan W. Kornberg (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3000
Email: akornberg@paulweiss.com

*Proposed Counsel to the Debtors and
Debtors in Possession*