UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NORANDA ALUMINUM, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10083-399<br><br>(Jointly Administered)<br><br>Re:   Docket No. 376 |

**OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO SHERWIN ALUMINA COMPANY, LLC'S MOTION FOR LEAVE TO PURSUE
WITHDRAWAL OF REFERENCE AND TRANSFER OF VENUE
AND JOINDER IN THE DEBTORS' OBJECTION**

The Official Committee of Unsecured Creditors (the "**Committee**") of Noranda Aluminum, Inc., *et al.* (the "**Debtors**"), by and through its undersigned proposed counsel, as its (i) objection ("**Objection**") to *Sherwin Alumina Company, LLC's Motion for Leave to Pursue Withdrawal of Reference and Transfer of Venue* [D.I. 376] (the "**Motion for Leave**"); and (ii) joinder in the Debtors' Objection to the Motion for Leave [D.I. 562] (the "**Debtors' Objection**"), respectfully states as follows:

**PRELIMINARY STATEMENT**

1.  Sherwin filed the Motion for Leave, seeking to transfer the Rejection Motion to the Texas Bankruptcy Court, under the guise of "promot[ing] uniformity in the administration of the dueling bankruptcies." The Motion for Leave, however, is procedurally defective, substantively deficient, and a desperate attempt to obtain home court advantage in the ongoing dispute between Noranda Bauxite Limited ("**NBL**") and Sherwin related to NBL's proposed rejection of a contract pursuant to which NBL sells bauxite to Sherwin at rates that are extremely favorable to Sherwin and extremely prejudicial to NBL and the Debtors.

2. First, the Motion for Leave should be denied because it is untimely and procedurally deficient.

3. Second, the Motion for Leave should be denied because there is no authority under 28 U.S.C. § 157(d) or 28 U.S.C. § 1412 for withdrawal of the reference and transfer of venue with respect to a motion (or part of a motion, as in this case). Instead, relief is limited to cases and proceedings, not contested matters, such as motions.

4. Third, even if the reference of the Rejection Motion could be withdrawn and venue transferred, the reference should not be withdrawn and venue should not be transferred under the circumstances, because Sherwin cannot demonstrate cause. The Rejection Motion is a core matter that is properly venued in this Court and it involves solely bankruptcy law issues. It will be handled in this Court with judicial economy and will result in the uniform administration of bankruptcy law. Finally, keeping the Rejection Motion in this Court will prevent forum shopping.

5. The Motion for Leave should therefore be denied.

## BACKGROUND

6. On February 8, 2016 (the "**Petition Date**"), each Debtor filed a voluntary petition (the "**Chapter 11 Cases**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Missouri, Southeastern Division (the "**Missouri Bankruptcy Court**"). The Chapter 11 Cases are being jointly administered for procedural purposes only.

7. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Chapter 11 Cases.

8. On February 19, 2016, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [D.I. 183].

**The Sherwin Contract**

9. On the Petition Date, the Debtors filed, among other pleadings, the *Debtors' Motion to Reject Lease or Executory Contract Nunc Pro Tunc to the Petition Date Pursuant to Sections 105(a) and 365 of the Bankruptcy Code and Bankruptcy Rule 6004* [D.I. 52] (the "**Rejection Motion**").

10. Through the Rejection Motion, the Debtors requested authority to reject various executory contracts including a Bauxite Sales Agreement (the "**Bauxite Agreement**") between Debtor Noranda Bauxite Ltd. ("**NBL**") and Sherwin Alumina Company, LLC. ("**Sherwin**").

11. Sherwin is also a chapter 11 debtor and debtor-in-possession pursuant to a voluntary chapter 11 proceeding Sherwin commenced on January 11, 2016 in the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division (the "**Texas Bankruptcy Court**"). *See In re Sherwin Alumina Company, LLC*, Case No. 16-20012 (Bankr. S.D. Tex).

12. On March 7, 2016, Sherwin filed the Motion for Leave with the Missouri Bankruptcy Court. On the same day, Sherwin filed a Motion to Withdraw Reference and for Transfer of Venue (the "**Venue Transfer Motion**") with the District Court for the Eastern District of Missouri. *In re Noranda Aluminum, Inc.*, No. 1:16-CV-00042-SNLJ [D.I. 1] (E.D. Mo. 2016).

13. Through the Motion for Leave, Sherwin seeks leave from the Missouri Bankruptcy Court to seek an order of the District Court for the Eastern District of Missouri,

Southeastern Division (the "**District Court**"), (i) withdrawing the District Court's reference of only that portion of the Rejection Motion addressing rejection of the Bauxite Agreement to the Missouri Bankruptcy Court, and (ii) transferring venue to the District Court for the Southern District of Texas, Corpus Christi Division, for reference to the Texas Bankruptcy Court for adjudication of the Rejection Motion only as it relates to the Bauxite Agreement.

## JOINDER AND OBJECTION

14. As a preliminary matter, and in addition to its objections set forth below, the Committee joins and incorporates, as if set forth at length herein, the arguments set forth in the Debtors' Objection. While the Committee will not repeat the ample legal and factual bases for the denial of the Venue Transfer Motion set forth in the Debtors' Objection, the Committee makes the following points.

15. The Motion for Leave and the Venue Transfer Motion should be denied as untimely and procedurally improper. The Debtors filed the Rejection Motion on February 8, 2016. Per Local Bankruptcy Rule 5011, unless leave of the Bankruptcy Court is sought and granted, any motion to withdraw the reference must be filed within seven (7) days of the filing of the related proceeding or response. Here, Sherwin filed the Motion for Leave in this Court and the Venue Transfer Motion in the District Court on March 7, 2016, approximately one month after the Rejection Motion was filed. Sherwin failed to obtain leave of the Bankruptcy Court in advance of filing the Venue Transfer Motion. Therefore, the Motion for Leave and the Venue Transfer Motion should be denied as untimely and procedurally improper.

16. Second, the Motion for Leave should be denied because no authority exists pursuant to which the reference may be withdrawn and venue transferred with respect to a single motion, let alone a portion of a motion, as opposed to a case or proceeding. Because the

-4-

relief requested in the Venue Transfer Motion cannot be granted, leave should not be granted for Sherwin to pursue unobtainable relief.

17. Specifically, Sherwin has requested relief pursuant to 28 U.S.C. § 1412, seeking the transfer of venue and 28 U.S.C. § 157(d), seeking withdrawal of the reference. Pursuant to 28 U.S.C. § 1412, "[a] district court may transfer <u>a case or proceeding</u> under title 11 to a district court for another district, in the interest of justice or for the convenience of the parties" (emphasis added). Pursuant to 28 U.S.C. § 157(d):

> The district court may withdraw, in whole or in part, <u>any case or proceeding</u> referred under this section, on its own motion or on timely motion of any party, for cause shown. The district court shall, on timely motion of a party, so withdraw a proceeding if the court determines that resolution of the proceeding requires consideration of both title 11 and other laws of the United States regulating organizations or activities affecting interstate commerce (emphasis added).

18. While a district court may withdraw the reference as to "any case or proceeding," the statute does not contemplate withdrawal of the reference as to a contested matter, such as a motion (or a part of a motion, as in this case). 28 U.S.C. § 157(d). Moreover, while a district court may transfer venue of "a case or proceeding" to a district court for another district, once again, it does not contemplate transfer of venue of a motion (or part of a motion). 28 U.S.C. § 1412. Because the reference cannot be withdrawn and venue cannot be transferred as to a motion, the Motion for Leave should be denied. *See e.g. Energy Future Holdings Corp., et. al.*, (Bankr. Del., Case No. 14-10979, Transcript October 15, 2015, p. 99, relevant pages attached hereto as Exhibit "A"):

> I don't have the authority to transfer a contested matter. If you trace through the rules, and if you trace through the statute, I can transfer a bankruptcy case, I can transfer an adversary proceeding, I could transfer a contested matter, I believe, to another division, if we had another division in Delaware, which of course, we don't. But what I can't do is transfer a contested matter to another

-5-

> district . . . I simply don't have that authority . . . so I'm going to deny that motion.

*See also In re Terra Villa Apts., Ltd.*, 101 B.R. 755, 757 (Bankr. N.D. Fla. 1989) ("However, [the movant] has not provided, nor does there appear to be a basis in law for changing the venue of a motion.").

19. Even assuming 28 U.S.C. § 157(d) relates to motions, which it does not, the Motion for Leave should still be denied because the relief in the Venue Transfer Motion is unobtainable. Pursuant to 28 U.S.C. § 157(d), the district court may withdraw the reference where it "determines that resolution of the proceeding requires consideration of both title 11 and other laws of the United States regulating organizations or activities affecting interstate commerce." Here, the Rejection Motion solely relates to bankruptcy law and not "other laws of the United States regulating organizations or activities affecting interstate commerce." Therefore, withdrawal of the reference is not appropriate.

20. In addition, the Motion for Leave should be denied because Sherwin cannot demonstrate cause justifying the relief requested in the Venue Transfer Motion. The Eastern District of Missouri has considered the following factors when determining cause: "(1) whether the claim is core or non-core; (2) whether the claim is legal or equitable; (3) judicial economy; (4) uniformity in the administration of bankruptcy law; (5) prevention of forum shopping; and (6) the presence of a jury demand." *In re Samir Pilipovic*, 2015 WL 7273325 (E.D. Mo. November 18, 2015) (citing *Holmes v. Grubman*, 315 F.Supp. 2d 1376, 1381 (M.D. Ga. 2004)).

21. All of these factors balance in the Debtors' favor. The Rejection Motion seeks relief under section 365 of the Bankruptcy Code and is, therefore, a core matter pursuant to 28 U.S.C. § 157(b)(2)(A), (B), and (O) over which this Court has exclusive jurisdiction. The Claim is legal, not equitable, in that section 365 of the Bankruptcy Code controls. Judicial

economy dictates that the Rejection Motion be heard in the Missouri Bankruptcy Court, as the matter not only directly impacts NBL, but its affiliated Debtors and the bankruptcy case as a whole. The Missouri Bankruptcy Court's application of Section 365 of the Bankruptcy Code will demonstrate uniformity in the administration of bankruptcy law. Finally, keeping the Rejection Motion in the Missouri Bankruptcy Court will prevent forum shopping. For all of these reasons, Sherwin cannot demonstrate cause justifying approval of the Motion for Leave or the Venue Transfer Motion.

22. Finally, if the Motion for Leave is approved, a default will likely be triggered under the Debtors' DIP financing facilities, causing irreparable harm to the Debtors and its creditors. Specifically, a default will likely be triggered if an order approving the Rejection Motion is not entered, or a settlement with Sherwin is not approved, by April 8, 2016.

23. For the reasons set forth above, the Motion for Leave should be denied and, in light of the overwhelming evidence already submitted by the Debtors, the Rejection Motion should be granted as well.

## RESERVATION OF RIGHTS

24. The Committee expressly reserves its rights to supplement this Objection and joinder at any time prior to the hearing on the Motion for Leave and to raise additional or further arguments that it subsequently discovers based on the parties' future submissions and results of its on-going analysis of the Motion for Leave and Rejection Motion and other issues pertinent to the Debtors chapter 11 cases.

## CONCLUSION

For the foregoing reasons, the Committee respectfully requests that the Court deny the Motion for Leave, enter an order approving the Rejection Motion, and grant the Committee such other and further relief as the Court deems just and appropriate.

-7-

Dated: March 29, 2016

Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Jeffrey D. Prol, Esq.
S. Jason Teele, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone:  (973-597-2500
 -and -
Bruce S. Nathan, Esq.
David M. Banker, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 262-6700

*Proposed Counsel to the Committee*

 -and-

**SPENCER FANE LLP**

/s/ Lisa A. Epps
Lisa A. Epps, Esq., 48554MO
1000 Walnut Street
Suite 1400
Kansas City, MO 64106
Telephone:  (816) 474-8100
Facsimile:  (816) 474-3216
lepps@spencerfane.com
- and-
Sherry K. Dreisewerd, Esq., 47908MO
Eric C. Peterson, Esq., 62429MO
Ryan C. Hardy, Esq., 62926MO
1 N. Brentwood Boulevard
Suite 1000
St. Louis, MO 63105
Telephone: (314) 863-7733
Facsimile: (314) 862-4656
sdreisewerd@spencerfane.com
epeterson@spencerfane.com
rhardy@spencerfane.com

*Proposed Local Counsel to the Committee*

## CERTIFICATE OF SERVICE

      I certify that on this 29th day of March, 2016, the foregoing was served as set forth on Exhibit B, attached hereto.

      /s/ Lisa A. Epps

# Exhibit B

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Century Aluminum Company | Affinity Law Group, LLC | Attn: J. Talbot Sant, Jr., Ira M. Potter, & Mark R. Sanders<br>1610 Des Peres Road<br>Suite 100<br>St. Louis MO 63131 | tsant@affinitylawgrp.com<br>ipotter@affinitylawgrp.com<br>msanders@affinitylawgrp.com | Email |
| Debtors' Restructuring Advisors | Alvarez & Marsal Holdings, LLC | Attn: Charles Moore & Holden Bixler<br>1000 Town Center<br>Suite 750<br>Southfield MI 48075 | cmoore@alvarezandmarsal.com<br>hbixler@alvarezandmarsal.com<br>rnovak@alvarezandmarsal.com | Email |
| Counsel for Union Electric Company d/b/a Ameren Missouri | Armstrong Teasdale, LLP | Attn: Susan K. Ehlers, Steven N. Cousins, & Andrew S. Zimmerman<br>7700 Forsyth Blvd.<br>Suite 1800<br>St. Louis MO 63105 | sehlers@armstrongteasdale.com<br>scousins@armstrongteasdale.com<br>azimmerman@armstrongteasdale.com | Email |
| ABL Agent | Bank of America N.A. | Attn: Portfolio Manager<br>300 Galleria Parkway<br>Suite 800<br>Atlanta GA 30339 | | First Class Mail |
| Counsel to New Madrid County | Bradshaw, Steele, Cochrane & Berens | Attn: Paul Berens<br>3113 Independence<br>PO Box 1300<br>Cape Girardeau MO 63702-1300 | paulb@bradshawsteele.com | Email |
| Counsel for Certain Workers' Compensation Claims | Burns, Taylor, Heckemeyer, Green & Edwards, LLC | Attn: D. Matthew Edwards<br>733 N. Main St.<br>PO Box 67<br>Sikeston MO 63801 | medwards@bthgelaw.com | Email |
| Counsel to Debtors | Carmody MacDonald P.C. | Attn: Christopher J. Lawhorn, Angela L. Drumm & Colin M. Luoma<br>120 S. Central Ave.<br>Suite 1800<br>St. Louis MO 63105 | cjl@carmodymacdonald.com<br>ald@carmodymacdonald.com<br>cml@carmodymacdonald.com | Email |
| Counsel for Associated Electric Cooperative, Inc. | Carnahan, Evans, Cantwell, & Brown, P.C. | Attn: Christiaan D. Horton, Esq.<br>2805 S. Ingram Mill Road<br>PO Box 10009<br>Springfield MO 65808 | chorton@cecb.com | Email |
| Counsel for Progressive Roofing | Coats \| Rose | Attn: E.P. Keiffer<br>325 North St. Paul Street<br>Suite 4150<br>Dallas TX 75201 | pkeiffer@coatsrose.com | Email |
| Term Loan Agent | Cortland Capital Market Services, LLC | Attn: Ryan Morick and Legal Department<br>225 W. Washington St.<br>21st Floor<br>Chicago IL 60606 | ryan.morick@cortlandglobal.com<br>legal@cortlandglobal.com | Email |
| Counsel for Gregory Construction, Inc. | Danna McKitrick, P.C. | Attn: A. Thomas DeWoskin & David C. Crane<br>7701 Forsyth Blvd.<br>Suite 800<br>St. Louis MO 63105-3907 | tdewoskin@dmfirm.com<br>dcrane@dmfirm.com | Email |
| Counsel for Delaware Trust Company as successor Indenture Trustee | Delaware Trust Company | Attn: Michelle A. Dreyer, Assistant Treasurer<br>2711 Centerville Road<br>Wilmington DE 19808 | mdreyer@delawaretrust.com | Email |

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Donjon Marine Co., Inc. | Desai Eggmann Mason, LLC | Attn: Robert E. Eggmann, Esq.<br>7733 Forsyth Boulevard<br>Suite 800<br>St. Louis MO 63105 | reggmann@demlawllc.com | Email |
| Counsel for Koppers, Inc. | Desai Eggmann Mason, LLC | Attn: Thomas H. Riske, Esq.<br>7733 Forsyth Boulevard<br>Suite 800<br>St. Louis MO 63105 | triske@demlawllc.com | Email |
| Counsel for WorleyParsons Services Pty., Ltd. | Gray Reed & McGraw, P.C. | Attn: Jason S. Brookner & Lydia R. Webb<br>1601 Elm Street<br>Suite 4600<br>Dallas TX 75201 | jbrookner@grayreed.com<br>lwebb@grayreed.com | Email |
| Counsel for Sherwin Alumina Company, LLC and Sherwin Pipeline, Inc. | Gray, Ritter, Graham, PC | Attn: Morry S. Cole<br>701 Market Street, Suite 800<br>St. Louis MO 63101 | mcole@grgpc.com | Email |
| Counsel for the United Steelworkers of America, AFL-CIO-CLC | Hammond and Shinners, P.C. | Attn: Janine M. Martin & Emily R. Perez-Estepp<br>7730 Carondelet<br>Suite 200<br>St. Louis MO 63105 | jmartin@hammondshinners.com<br>eperez@hammondshinners.com | Email |
| Counsel for Associated Terminals, LLC | Hepler Broom, LLC | Attn: Steven M. Wallace<br>130 North Main Street<br>Edwardsville IL 62025 | steven.wallace@heplerbroom.com | Email |
| Counsel for Liberty Utilities (Midstates Natural Gas) | Husch Blackwell, LLP | Attn: Mark T. Benedict, Esq.<br>4801 Main Street<br>Suite 1000<br>Kansas City MO 64112 | mark.benedict@huschblackwell.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Jamaica Bauxite Mining Limited | Jamaica Bauxite Mining Limited | Attn: Managing Director<br>36 Trafalgar Road<br>Kingston 10 Jamaica | | First Class Mail |
| Counsel to Term Loan DIP Agent and Pre-Petition Term Agent | Kaye Scholer, LLP | Attn: Michael D. Messersmith<br>70 W. Madison Street<br>Suite 4200<br>Chicago IL 60614 | michael.messersmith@kayescholer.com | Email |
| Counsel for Delaware Trust Company as successor Indenture Trustee | Kelley Drye & Warren, LLP | Attn: David E. Retter, Esq., Pamela Bruzzese-Szczygiel, Esq., & Kristin S. Elliott, Esq.<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@KelleyDrye.com<br>dretter@kelleydrye.com<br>pbruzzese-szczygiel@kelleydrye.com<br>kelliott@kelleydrye.com | Email |
| Counsel for Celtic Marine Corporation | King, Krebs & Jurgens, PLLC | Attn: Jeffrey M. Burmaster<br>201 St. Charles Avenue<br>45th Floor<br>New Orleans LA 70170 | jburmaster@kingkrebs.com | Email |
| Counsel for Sherwin Alumina Company, LLC and Sherwin Pipeline, Inc. | Kirkland & Ellis LLP | Attn: James H.M. Sprayregen, P.C. & Gregory F. Pesce<br>300 North LaSalle<br>Chicago IL 60654 | james.sprayregen@kirkland.com<br>gregory.pesce@kirkland.com | Email |

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Sherwin Alumina Company, LLC and Sherwin Pipeline, Inc. | Kirkland & Ellis LLP | Attn: Joshua A. Sussberg, P.C., Joseph Serino, Jr., P.C., & Shireen Barday<br>601 Lexington Avenue<br>New York NY 10022 | joshua.sussberg@kirkland.com<br>joseph.serino@kirkland.com<br>shireen.barday@kirkland.com | Email |
| Counsel for NXT Capital, LLC | Kutak Rock, LLP | Attn: Michael E. Brown<br>Two Pershing Square<br>2300 Main Street, Suite 800<br>Kansas City MO 64108 | mike.brown@kutakrock.com | Email |
| Counsel for St. James Parish School Board | Landwehr Law Firm | Attn: Darryl T. Landwehr<br>1010 Common Street<br>Suite 1710<br>New Orleans LA 70112 | dtlandwehr@cox.net | Email |
| Counsel for Hotchkis and Wiley Capital Management, LLC, Credit Suisse Asset Management, and Guggenheim Partners Investment Management, LLC | Lashly & Baer, P.C. | Attn: Daniel D. Doyle & Sonette T. Magnus<br>714 Locust Street<br>St. Louis MO 63101 | ddoyle@lashlybaer.com<br>smagnus@lashlybaer.com | Email |
| Counsel to ABL Agent | Lewis Rice, LLC | Attn: Larry E. Parres & John J. Hall<br>600 Washington Ave.<br>Suite 2500<br>St. Louis MO 63101 | lparres@lewisrice.com<br>jhall@lewisrice.com | Email |
| Counsel for Entergy Arkansas, Inc. | Locke Lord, LLP | Attn: Alan H. Katz<br>200 Vesey Street<br>20th Floor<br>New York NY 10281 | akatz@lockelord.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler, LLP | Attn: Bruce S. Nathan, Esq. & David M. Banker, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020 | dbanker@lowenstein.com<br>bnathan@lowenstein.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler, LLP | Attn: Kenneth A. Rosen, Esq., Sharon L. Levine, Esq., Jeffrey D. Prol, Esq., & Nicholas B. Vislocky, Esq.<br>65 Livingston Avenue<br>Roseland NJ 07068 | krosen@lowenstein.com<br>slevine@lowenstein.com<br>jprol@lowenstein.com<br>nvislocky@lowenstein.com | Email |
| Counsel for Atmos Energy Marketing | Marshall Law | Attn: Joe E. Marshall, Esq.<br>5001 Spring Valley Road<br>Ste. 400 East<br>Dallas TX 75244-3910 | jmarshall@marshalllaw.net | Email |
| Counsel for Occidental Chemical Corporation | McCarter & English, LLP | Attn: Katharine L. Mayer<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington DE 19801 | kmayer@mccarter.com | Email |
| Ministry of Development | Ministry of Development | Attn: Permanent Secretary<br>Jamaica House<br>1 Devon Road<br>Kingston 10 Jamaica | | First Class Mail |
| Ministry of Finance and Planning | Ministry of Finance and Planning | Attn: Financial Secretary<br>30 National Heroes Circle<br>Kingston 4 Jamaica | | First Class Mail |
| Counsel for the Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Jeffrey W. Hunt<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City MO 65105-0475 | | First Class Mail |

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for MFA Oil Company | Newman, Comley & Ruth, P.C. | Attn: Alicia Embley Turner<br>PO Box 537<br>Jefferson City MO 65102-0537 | turnera@ncrpc.com | Email |
| Office of the Prime Minister | Office of the Prime Minister | Attn: Cabinet Secretary<br>Jamaica House<br>Hope Road<br>Kingston 10 Jamaica | | First Class Mail |
| Counsel to ABL Agent | Parker, Hudson, Rainer & Dobbs, LLP | Attn: C. Edward Dobbs , Eric W. Anderson & Rufus T. Dorsey, IV<br>303 Peachtree St. N.E.<br>Suite 3600<br>Atlanta GA 30308 | ewa@phrd.com<br>rtd@phrd.com<br>ced@phrd.com | Email |
| Counsel to Debtors | Paul  Weiss  Rifkind  Wharton & Garrison, LLP | Attn: Elizabeth McColm & Alexander Woolverton<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | akornberg@paulweiss.com<br>emccolm@paulweiss.com<br>awoolverton@paulweiss.com<br>mturkel@paulweiss.com<br>sharnett@paulweiss.com | Email |
| Counsel for Cytec Industries, Inc. | Porzio, Bromberg & Newman, P.C. | Attn: Robert M. Schechter<br>100 Southgate Parkway<br>PO Box 1997<br>Morristown NJ 07962-1997 | rmschechter@pbnlaw.com | Email |
| Counsel for Glunt Industries, Inc. | Reinhart Boerner Van Deuren, S.C. | Attn: Michael D. Jankowski, Esq.<br>1000 North Water Street<br>Suite 1700<br>Milwaukee WI 53202 | mjankowski@reinhartlaw.com | Email |
| Counsel for Artisan Contracting, LLC | Rice, Spaeth, Summers & Heisserer | Attn: Kevin B. Spaeth<br>160 South Broadview, 4th Fl.<br>PO Box 1568<br>Cape Girardeau MO 63702-1568 | kspaeth@capelawfirm.com | Email |
| Counsel for Kostmayer Construction, LLC | Richard W. Martinez, APLC | Attn: Richard W. Martinez<br>228 St. Charles Ave.<br>Suite 1311<br>New Orleans LA 70130 | richard@rwmaplc.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn:  Christopher Cox<br>Secretary of the Treasury<br>100 F Street  N.E.<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Chicago Office | Attn:  David A. Glockner, Bankruptcy Dept.<br>175 W. Jackson Boulevard<br>Suite 900<br>Chicago IL 60604 | chicago@sec.gov<br>secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn:  Andrew S. Calamari, Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Email |
| Counsel for Rain CII Carbon LLC and Ruetgers Group | Sher Garner Cahill Richter Klein & Hilbert, LLC | Attn: James M. Garner, Neal J. Kling, Thomas J. Madigan, II and Joshua P. Clayton<br>909 Poydras Street<br>28th Floor<br>New Orleans LA 70112-1033 | jgarner@shergarner.com<br>nkling@shergarner.com<br>tmadigan@shergarner.com<br>jclayton@shergarner.com | Email |

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Spencer Fane, LLP | Attn: Scott J. Goldstein & Lisa A. Epps<br>1000 Walnut<br>Suite 1400<br>Kansas City MO 64106-2140 | sgoldstein@spencerfane.com<br>lepps@spencerfane.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Spencer Fane, LLP | Attn: Sherry K. Dreisewerd & Eric C. Peterson<br>1 North Brentwood<br>Suite 1000<br>St. Louis MO 63105 | sdreisewerd@spencerfane.com<br>epeterson@spencerfane.com | Email |
| Counsel for the Missouri Department of Natural Resources | State of Missouri Attorney General | Attn: Michael D. Morris, Assistant Attorney General<br>PO Box 899<br>Jefferson City MO 65102 | Michael.Morris@ago.mo.gov | Email |
| Counsel for Setpoint Integrated Solutions | Steffes, Vingiello & McKenzie, LLC | Attn: Noel Steffes Melancon<br>13702 Coursey Boulevard<br>Building 3<br>Baton Rouge LA 70817 | nmelancon@steffeslaw.com | Email |
| Counsel for Occidental Chemical Corporation | Stone, Leyton & Gershman, P.C. | Attn: E. Rebecca Case, Howard S. Smotkin, Janice R. Valdez<br>7733 Forsyth Boulevard<br>Suite 500<br>St. Louis MO 63105 | erc@stoneleyton.com<br>rcase@stoneleyton.com<br>hss@stoneleyton.com<br>hsmotkin@stoneleyton.com<br>jrv@stoneleyton.com<br>jvaldez@stoneleyton.com | Email |
| Counsel for Progressive Roofing, Max Trans Logistics, LLC | Summers Compton Wells, LLC | Attn: David A. Sosne & Brian J. LaFlamme<br>8909 Ladue Road<br>St. Louis MO 63124 | dasattymo@summerscomptonwells.com<br>blaflamme@summerscomptonwells.com | Email |
| Counsel for Tennessee Dept. of Revenue | Tennessee Attorney General's Office | Attn: Marvin E. Clements, Jr.<br>Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | marvin.clements@ag.tn.gov | Email |
| The Accounting General | The Accounting General | Attn: Legal<br>Public Buildings West<br>13 King Street<br>Kingston Jamaica | | First Class Mail |
| Counsel for Artisan Contracting, LLC, & DMI Contractors, Inc. | The Limbaugh Firm | Attn: J. Michael Payne<br>407 N. Kings Highway, #400<br>PO Box 1150<br>Cape Girardeau MO 63702-1150 | mpayne@limbaughlaw.com | Email |
| Counsel for Cortland Capital Market Services LLC, pre-petition Term Lenders and post-petition Term DIP facility | Thompson Coburn, LLP | Attn: Mark V. Bossi & David A. Warfield<br>One US Bank Plaza<br>St. Louis MO 63101 | mbossi@thompsoncoburn.com<br>dwarfield@thompsoncoburn.com | Email |
| Indenture Trustee for Senior Notes | U.S. Bank National Association | Attn: K. Wendy Kumar<br>U.S. Bank Global Corporate Trust Services<br>100 Wall Street, Suite 1600<br>New York NY 10005 | Wendy.kumar@usbank.com | Email |
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Richard Callahan, US Attorney<br>Thomas Eagleton U.S. Courthouse<br>111 S. 10th St  20th Floor<br>St. Louis MO 63102 | | First Class Mail |
| United States Department of Labor | United States Department of Labor | Attn: Thomas E. Perez, Secretary of Labor<br>200 Constitution Avenue  N.W.<br>Washington DC 20210 | webmaster@dol.gov | Email |

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Trustee Eastern District of Missouri | United States Trustee Eastern District of Missouri | Attn: Leonora S. Long & Paul A. Randolph<br>111 S. 10th St.<br>Ste. 6353<br>St. Louis MO 63102 | leonora.long@usdoj.gov<br>paul.a.randolph@usdoj.gov | Email |
| Counsel to Term Loan DIP Lenders | Weil, Gotshal & Manges, LLP | Attn: Matt Barr & Robert J. Lemons<br>767 Fifth Avenue<br>New York NY 10153 | matt.barr@weil.com<br>robert.lemons@weil.com | Email |
| Counsel for Sherwin Alumina Company, LLC and Sherwin Pipeline, Inc. | Wolcott Rivers Gates | Attn: Cullen D. Speckhart Esq.<br>200 Bendix Road, Suite 300<br>Virginia Beach VA 23452 | cspeckhart@wolriv.com | Email |